UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | [Proposed] Order |
| v. | 18 Cr. 166 (JSR) |
| ANDERSON CORPORAN, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT Anderson Corporan (the "Supervisee") shall participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. Supervisee must contribute to the cost of services rendered based on Supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

Supervisee must participate in a mental health treatment program approved by the United States Probation Office. Supervisee must continue to take any prescribed medications unless otherwise instructed by the health care provider. Supervisee must contribute to the cost of services rendered based on Supervisee's ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

SO ORDERED:

Dated: New York, New York
       April 24, 2023

_____
THE HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE