UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANDERSON CORPORAN,

Defendant.

18-cr-166 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before this Court is an April 1, 2025, motion of defendant Anderson Corporan for early termination of his supervised released. Corporan has completed twenty-two months of his twenty-six-month term of supervision, which is set to expire on August 11, 2025, for a crime he had committed while on supervised release for another federal criminal conviction. (Dkt. 48). The Government and the Probation Office for the Southern District of New York oppose this motion. (Dkt. 52).[1]

Corporan bases his motion predominantly on his compliance with the terms of his current supervised release and, relatedly, his success in battling his drug addiction. By all accounts, Corporan has made impressive strides toward recovery by completing medication assisted treatment and by participating in counseling and in a supportive therapeutic community. Compliance with the terms of supervised release, however, is insufficient for early termination of supervised

---

[1] The probation officer in the District of Connecticut, where Corporan presently resides, does not oppose his application. That Probation Office, however, has had intermittent supervision over the defendant for a total of only approximately 13 months.

1

release especially where, as here, the defendant had accrued a long criminal history (some of which was violent), including several other violations of parole and supervised release. United States v. Flores, No. 99 Cr. 1110, 2010 WL 2573385, at *1 (S.D.N.Y. June 28, 2010) ("A defendant's faithful compliance with the terms of his supervision does not, by itself, entitle him to modification or termination of his term of supervised release."). Nor has Corporan presented evidence of "special, extraordinary, or unforeseen circumstance [that] distinguishes [Corporan] from other compliant defendants on supervised release." Id.

Accordingly, Corporan's motion for early termination of his supervised release is hereby denied.

SO ORDERED.

New York, NY
April 24, 2025

_____
JED S. RAKOFF, U.S.D.J.

2